IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC.,<br><br>Movant,<br><br>v.<br><br>CMA CGM AMERICA LLC<br><br>Respondent. | No.: 2:23-cv-00178 |

**MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA**

PURSUANT TO RULE 45(d)(2)(B)(i), Defendants Matson Navigation Company, Inc., and Matson Logistics, Inc., move to compel non-party CMA CGM America LLC's compliance with Requests 3, 11, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 28, 29, 30, 31, 34, 35, 37, and 38 of the subpoena served on it in the matter *American President Lines, LLC v. Matson, Inc.*, No. 1:21-cv-020240-CRC (D.D.C.).  The grounds and reasons for granting this relief are stated with particularity in the accompanying Memorandum of Law.

A proposed Order is submitted herewith.

| | |
|---|---|
| Dated: April 28, 2023 | Respectfully submitted |
| | */s/ Michael R. Dziuban* |

                                            Matthew S. Rozen (*pro hac vice* forthcoming)
                                            Michael R. Dziuban (VSB # 89136)
                                            Harry R. S. Phillips (*pro hac vice* forthcoming)
                                            GIBSON, DUNN & CRUTCHER LLP
                                            1050 Connecticut Avenue, N.W.
                                            Washington, D.C. 20036
                                            (202) 955-8500
                                            mrozen@gibsondunn.com
                                            mdziuban@gibsondunn.com
                                            hphillips2@gibsondunn.com

                                            *Counsel for Movants Matson Navigation Company, Inc. and Matson Logistics, Inc.*