IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC., <br><br> Movant, <br><br> v. <br><br> CMA CGM AMERICA LLC, <br><br> Respondent. | No.: 2:23-cv-00178 |

This matter is before the Court on Matson Navigation Company, Inc.'s and Matson Logistics Inc.'s ("Matson's") Motion to Compel Compliance with Rule 45 Subpoena.  Matson moves to compel non-party CMA CGM America LLC's ("CCA's") compliance with a subpoena served on CCA in the matter *American President Lines, LLC v. Matson, Inc.*, No. 1:21-cv-020240-CRC (D.D.C.).  Having considered the papers submitted by the parties, the relevant authorities, and the oral arguments of counsel, hereby GRANTS Defendants' motion.

Pursuant to Federal Rule 45(d)(2)(B)(i), CCA is HEREBY ORDERED:

- to search for and produce documents in its possession, custody, or control in response to Requests 3, 11, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 28, 31, 34, 35, and 37 of Matson's document subpoena, including documents in the possession of CMA CGM S.A.;

- to produce its complete submissions to Congress that are responsive to Request 38; and

- to search for and produce documents in the possession of CCA employees Marc Marling and Patricia O'Neil that are responsive to Request 29 and 30.

CCA's objections to searching for and producing documents in response to the above Requests are hereby OVERRULED.

**IT IS SO ORDERED**


DATED: _____                     _____
                                                                                    The Hon. _____
                                                                                    United States District Judge